# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GASTON, | CASE NO.   1:09-cv-1966-OWW-MJS (PC) |
| Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATION AND GRANTING PLAINTIFF'S MOTION FOR EXTENSION |
| v. | |
| I. PATEL, | (ECF Nos. 22 & 24) |
| Defendant. | PLAINTIFF'S AMENDED COMPLAINT DUE APRIL 1, 2011 |

Plaintiff Anthony Gaston ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On March 7, 2011 the Court entered a Findings and Recommendation recommending that this action be dismissed for failure to prosecute because Plaintiff had not filed an amended complaint. (ECF No. 24.)  The same day, the Court received a Motion for Extension of Time  signed by Plaintiff on February 28, 2011.  (ECF No. 22.)  Plaintiff asks for an additional fifteen days to file his amended complaint based on his inability to get copies of his filings.  (Id.)

For good cause shown, Plaintiff's Motion for Extension is GRANTED.  Plaintiff shall file his amended complaint not later than **April 1, 2011**.  Failure to comply with this deadline will result in dismissal of this action.  Because Plaintiff is now actively prosecuting

this case, the Court VACATES its March 7, 2011 Findings and Recommendation.

IT IS SO ORDERED.

Dated:   March 12, 2011                    /s/ *Michael J. Seng*
                                           UNITED STATES MAGISTRATE JUDGE